**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| YVENS SAINT-PHARD, derivatively on behalf of SOLARIS ENERGY INFRASTRUCTURE, INC.,<br><br>Plaintiff,<br>v.<br><br>WILLIAM A. ZARTLER, KYLE S. RAMACHANDRAN, LAURIE H. ARGO, JAMES R. BURKE, CYNTHIA M. DURRETT, EDGAR R. GIESINGER, W. HOWARD KEENAN, JR., A. JAMES TEAGUE, and RAY N. WALKER, JR.,<br><br>Defendants,<br><br>and<br><br>SOLARIS ENERGY INFRASTRUCTURE, INC.,<br><br>Nominal Defendant. | Civil Action No. 4:25-cv-05225 |

**<u>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL</u>**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 23.1(c) and Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Yvens Saint-Phard ("Plaintiff") hereby voluntarily dismisses the claims in the above-captioned action (the "Action") without prejudice and with each party to bear his or her own costs and attorneys' fees. No compensation in any form has passed directly or indirectly from any of the Defendants to Plaintiff or counsel for Plaintiff, and no promise to give any such

compensation has been made. Defendants have filed neither an answer nor a motion for summary judgment in the Action. Thus, Plaintiff's dismissal of the claims in the Action is effective upon the filing of this notice.

Dated: December 29, 2025

Respectfully submitted,

**THE BROWN LAW FIRM, P.C.**
*/s/ Saadia Hashmi*

Saadia Hashmi
TX State Bar No. 24139546
SDTX Bar No. 3871412
Timothy Brown
THE BROWN LAW FIRM, P.C.
767 Third Ave, Suite, 2501
New York, NY 10017-2023
Tel: (516) 922-5427
Fax: (516) 344-6204
shashmi@thebrownlawfirm.net
tbrown@thebrownlawfirm.net

*Counsel for Plaintiff*

**SO ORDERED:**

Dated: ________________________, 202_

________________________________
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.3, I certify that on December 29, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to counsel of record who have registered with this Court.

*/s/ Saadia Hashmi*
Saadia Hashmi