UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YVENS SAINT-PHARD, | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-05225 |
| | § | |
| WILLIAM A. ZARTLER, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is Plaintiff's Notice of Voluntary Dismissal filed on December 29, 2025. Doc. #17. In accordance with the Notice of Voluntary Dismissal and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this action is hereby DISMISSED WITHOUT PREJUDICE.

It is so ORDERED.

1/28/26
Date

The Honorable Alfred H. Bennett
United States District Judge